UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**OMAR HAJJAT,** individually, and on behalf of those similarly situated,

    Plaintiff,

v.

Case No. 2:19-CV-1857-LA

**HAYAT PHARMACY, LLC** and
**HASHIM ZAIBAK**,

    Defendants.

## STIPULATED ORDER DISMISSING COMPLAINT
## WITH PREJUDICE AND WITHOUT COSTS

**WHEREAS** the parties, through their respective counsel, have stipulated and agreed to dismissal of Plaintiff's Complaint against all defendants with prejudice and without costs under Fed.R.Civ.P. 41(a) based on a resolution of all claims that was reached on December 9, 2020, where the parties attended a mediation before U.S. Magistrate Judge William E. Duffin.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and, except as provided for in the settlement, with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated: 1/15/21

                                                      s/Lynn Adelman
                                                     LYNN ADELMAN
                                                     U.S. DISTRICT JUDGE

Stipulated and agreed as to form and content:

Dated: January 15, 2021

| MORGAN & MORGAN, P.A. | MICHAEL BEST & FRIEDRICH LLP |
|---|---|

By: /s/ *Michael N. Hanna*
    MICHAEL N. HANNA (P81463)
    2000 Town Center
    Suite 1900
    Southfield, MI 48075
    (313) 739-1950
    mhanna@forthepeople.com

    *Attorneys for Plaintiff*

By: /s/Mitchell W. Quick
    Mitchell W. Quick, SBN 1001493
    Elizabeth A. Odian, SBN 1084776
    100 East Wisconsin Avenue, Suite 3300
    Milwaukee, WI 53202-4108
    (414) 271-6560
    mwquick@michaelbest.com
    eaodian@michaelbest.com

    *Attorneys for Defendants*